■ In the Matter of ROME-FLOYD RESIDENTS ASSOCIATION, INC., et al. Appellants, v ROBERT F. FLACKE, as Commissioner of Environmental Conservation of the State of New York, et al., Respondents. — Judgment unanimously affirmed, without costs, for the reasons stated at Special Term, McLaughlin, J. (Appeal from judgment of Supreme Court, Oneida County, McLaughlin, J. — art 78.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Schnepp, JJ. [113 Misc 2d 990.]